**Monte J. White & Associates, P.C.**
1106 Brook Ave
Hamilton Place
Wichita Falls TX 76301

Phone: (940) 723-0099
Bar Number: 00785232

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | FOR CLERK'S USE ONLY |
| (H) **Juan Cesar Perez** | § | CASE NO: | |
| (W) | § | | |
| Debtor(s) | § | | |
| | § | | |

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN          DATED: 3/4/2005.

| TRUSTEE'S NOTES: | | Date Case Filed | |
|---|---|---|---|
| | | Type of Payment  1=Annual, 2=Semi-Annual  4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **4/18/2005** |
| H&W Monthly Take Home Pay | **$2,066.13** | Periodic Payment Amount | **$500.00** |
| Less Expenses | **$1,566.13** | Number of Plan Payments | **60 months** |
| Equals Surplus | **$500.00** | Equals Base Plan Amount | **$30,000.00** |
| | | Calculated Amount | **$30,000.00** |

| | | | |
|---|---|---|---|
| Total Debtor Attorney Fees | $2,000.00 | Noticing Fees: # of Notices X 1  The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | 19 |
| Attorney Fees paid by Trustee  (Gross amount paid including interest, if any) | $1,829.00 | | |
| | | Rate | $1.05 |
| Total Filing Fees of $194.00 with | $0.00 paid by Trustee | Total Noticing Fees | $19.95 |

**HOME MORTGAGE:**

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on _____**N/A**_____.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| **(None)** | | | | | | |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Americredit | 2004 Toyota Camry | $20,584.00 | $18,050.00 | 7.25% | 1-52 | 52 | 1 | $406.58 Avg. |

*CD....... 0 = Direct or Surrender, 1 = Paid by Trustee  (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated _____**6%**___ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| Americredit | *Deficiency* | $2,534.00 |
| Ballys | | $969.00 |
| Credit Management / Time Warner Cable | | $445.00 |
| David F. Mobley, M.D. | | $224.00 |
| Debt Recovery Solution / Sprint | | $171.00 |
| Eye Surgeon's P.A. | | $99.00 |
| First Premier Bank | | $331.00 |
| Fleet Cc | | $4,846.00 |
| Grdn/cbusa | | $1,645.00 |
| IC System, Inc | | $938.00 |
| IRS Special Procedures | | $43,546.00 |
| IRS Special Procedures | | $11,700.00 |
| Macys West/gecccc | | $612.00 |
| Mitsubishi Motors Credit | | $1.00 |
| Paul Subrt, MD | | $75.00 |
| Pierce Hamilton & Ster (original Credito | | $575.00 |
| Texas State Bank | | $3,224.00 |
| Verizon | | $616.00 |
| | Total Unsecured Debt ---> | **$72,551.00** |

The total of all unsecured debt, including deficiencies is _____**$72,551.00**__ with _____**$4,010.64**__ paid to the unsecured creditors.

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Juan Cesar Perez**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 3*

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---|---|
| Filing Fees | **$0.00** | **$0.00** |
| Noticing Fees | **$19.95** | **$19.95** |
| Debtor Attorney Fees | **$1,829.00** | **$1,829.00** |
| Home Mortgage Arrears | **$0.00** | **$0.00** |
| Secured Claims | **$18,050.00** | **$21,142.41** |
| Priority Claims | **$0.00** | **$0.00** |
| Special Class Unsecured Claims | **$0.00** | **$0.00** |
| General Unsecured Claims | **$72,551.00** | **$4,010.64** |
| **Totals** | **$92,449.95** | **$27,002.00** |

| | | | |
|---|---|---|---|
| With Zero to Unsecureds | $25,989.36 | Trustee Fees<br>__10__ % of Total Payments (less filing & noticing fees) | **$2,998.01** |
| Base Plan Amount | $30,000.00 | | |
| Available for Unsecureds | $4,010.64 | Total Payments<br>Total distribution + Trustee Fees + Filing & Notice Fees | **$30,000.01** |
| Unsecured Percentage<br>Computed on Base Plan Amount | 6% | Required Periodic Payment<br>to Achieve Unsecured Percentage | **$500.00** |

(H)  **Juan Cesar Perez**  
(W)  
(C#)  

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**    *Page 4*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED: 03/04/2005

/s/ Monte J White  
**Monte J White**

**Monte J. White & Associates, P.C.**
1106 Brook Ave
Hamilton Place
Wichita Falls TX  76301

Phone: (940) 723-0099
Bar Number: 00785232

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| IN RE: | § | |
|---|---|---|
| **Juan Cesar Perez** | § | CASE NO: |
| | § | |
| Debtor(s) | § | |
| | § | |

FOR CLERK'S USE ONLY

## AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT     DATED: 3/4/2005        .

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| | | |
|---|---:|---:|
| Periodic Payment Amount | | **$500.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Related Expense to Trustee | $49.50 | $50.00 |
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $19.95 | $0.00 |
| **Subtotal Expenses/Fees** | **$74.45** | **$50.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | **$425.55** | **$450.00** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---:|---:|---:|---:|
| Americredit | 2004 Toyota Camry | $20,584.00 | $18,050.00 | 1.25% | $225.62 |
| | Total Adequate Protection Payments for Secured Creditors: | | | | **$225.62** |

**PRIORITY CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---:|---:|---:|---:|
| | Total Adequate Protection Payments for Priority Creditors: | | | | **$0.00** |

**SPECIAL CLASS CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---:|---:|---:|---:|
| | Total Adequate Protection Payments for Special Class Creditors: | | | | **$0.00** |

(H) **Juan Cesar Perez**      <u>**AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**</u>      **Page 2**
(W)
(C#)

| | |
|---|---:|
| Total Adequate Protection Payments: | **$225.62** |
| Funds Available For Debtor's Attorney First Disbursement: | **$199.93** |
| Funds Available For Debtor's Attorney Future Disbursements: | **$224.38** |
| Estimated Number of Months to Pay all Attorney Fees: | **9** |
| Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full: | **$450.00**\*\* |

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION. ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**
☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED: __**03/04/2005**__

__/s/ Monte J White_____      _____
Attorney for Debtor(s)      Trustee, Attorney for Trustee or Trustee's Representative

---

\*\* Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*